IN THE MATTER OF ADVISORY COMMITTEE ON
PROFESSIONAL ETHICS OPINION # 545.

October 8, 1985.

This matter having come before the Court on petitions for
review of Opinion # 545 of the Advisory Committee on Profes-
sional Ethics, and the Court having reviewed the record and
having considered the briefs and argument of counsel, and good
cause appearing;

It is ORDERED that this matter is summarily remanded to
the Advisory Committee on Professional Ethics for a hearing to
expand the record with material, in such form as the Committee
deems reliable, on the actual extent of any conflict or appear-
ance of conflict between the positions of regional high school
board attorney and attorney for a school board in that regional

district, said material to include testimony from lawyers, school board members, elected and appointed public officials, and others who may have knowledge about the actual practice of attorneys who serve regional school boards and members of that regional district; and it is further

ORDERED that upon developing the expanded record, the Advisory Committee on Professional Ethics shall reconsider the issues presented and shall render its opinion on the merits for this Court's review, which review shall be had on notice to the parties in the within action.

Jurisdiction is otherwise retained.